IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF STEPHEN WILLIS AS OWNER OF A 1987 CHRIS CRAFT CATALINA 381 (HULL I.D. CCNEJ381K687) FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * * * Civil Action No. 1:18-cv-01606-JKB * |

## NOTICE OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is hereby given that Stephen Willis, as owner of the 1987 Chris Craft Catalina 381 bearing hull identification number CCNEJ381K687 (the "Vessel"), has filed a complaint pursuant to 46 U.S.C. §30501 *et seq.* claiming the right to exoneration from or limitation of liability for all claims allegedly resulting from a fire that occurred on or about December 11, 2017 at the Charlestown Marina in Charlestown, Maryland involving the Vessel, all as more fully set forth in the Complaint.

All persons asserting claims with respect to which the Complaint seeks limitation are admonished to file their respective claims with the Clerk of this Court, 101 West Lombard Street, Baltimore, MD 21201, on or before August 4, 2018, and to serve on the attorneys for Plaintiff, Steven E. Leder and Julie F. Maloney, Leder & Hale PC, 401 Washington Avenue, Suite 600, Baltimore, Maryland 21204, a copy thereof, or be defaulted. Personal attendance is not required.

Any claimant desiring to contest either the right to exoneration from or the right to limitation of liability shall file and serve an answer to the Complaint unless

his claim has included an answer, all as required by Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Assert Forfeiture Actions.



_____
Clerk, Felicia C. Cannon
U.S. District Court for the District of Maryland