CASE 1:18-cv-01606-JKB

___ FILED   ___ ENTERED
___ LOGGED ___ RECEIVED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

JUL 09 2018
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

James D Feininger
9 wooded way
Lincoln University PA. 19352         Civil Action No.
James.feininger@gmail.com            1:18-cv-01606-JKB
302-547-5197
Hull I.D CCHEJ317K586

  My name is James D Feininger and I am the owner of the 1986 Chris Craft Catalina 381 Hull I.D CCHEJ317K586.

  My boat was docked at the Charlestown Marina on December 11,2018 at dock 23.

  The fire occurred on December 11, 2017 at dock 21 boat owned by Mr. Stephen Willis the fire spread to dock 22 and then to my boat at dock 23. My boat sustained damage to the Canvas, Upper deck and other items.

  I had estimates done for the canvas, interior work and for the Fiberglass and other damages. Estimate damage is between 25-28 thousand dollars.

  The value of the boat is between 40-45 thousand dollars based on the last insurance appraisal for replacement cost and upgrades sense insurance appraisal.

  I would like to see my boat restored to its original condition before the fire. If my boat is determined to be at a total loss. I request that I receive between 40 and 45 thousand dollars for the boat.

  I also request the amount of $22,195.78 dollars for the following items

- Personal items destroyed by the fire $1800.00 dollars
- Loss of use of boat with family $6,600.00 dollars
- Stress and mental duress $10,000 dollars
- Bills that incurred sense the fire to be reimbursed $3795.78

I have estimates, photographs, invoices, and itemized list of damage available at your request. I have before and after photographs of the boat.

Date 7-5-18

James D Feininger