# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | |
|---|---|
| In the Matter of the Complaint of Stephen Willis, as Owner of a 1987 Chris Craft Catalina 381 (Hull I.D. CCNEJ381K687) for Exoneration from or Limitation of Liability | Civil Action No.: 1:18-CV-01606-JKB |

## CLAIMANT PRICE & SONS, LLC's ANSWER TO VERIFIED COMPLAINT FOR EXONERATION OR LIMITATION OF LIABILITY & CLAIM FOR DAMAGES

Price & Sons, LLC, ("Price & Sons"), Claimant, by and through its undersigned attorneys, James D. Skeen, Terry L. Goddard and Skeen & Kauffman, LLP and pursuant to Supplemental Admiralty Rule F, hereby files its Answer and Claim for Damages, and states as follows:

## ANSWER TO STEPHEN WILLIS, AS OWNER OF THE 1987 CHRIS CRAFT CATALINA 381 (HULL I.D. CCNEJ381K687) VERIFIED COMPLAINT

1. Claimant Price & Sons raises the following negative defenses: (a) the capacity of the Plaintiff to sue; (b) the authority of the Plaintiff to sue in a representative capacity; and (c) the averment of the alleged ownership of the vessel in question.

2. Claimant Price & Sons raises the following defenses: (a) the Verified Complaint fails to state a claim upon which relief can be granted; (b) accord and satisfaction; (c) collateral estoppel; (d) contributory negligence; (e) duress; (f) estoppel; (g) fraud; (h) illegality; (i) laches; G) payment; (k) release; (1) res judicata; (m) statute of frauds; (n) statute of limitations; (o) ultra vires; (p) usury; (q) waiver; and (r) privilege.

3. Claimant Price & Sons denies the allegations contained in every paragraph of the Verified Complaint, including the Plaintiffs alleged right to exoneration as well as

the limitation of liability, and demands that the Plaintiff prove each and every allegation so alleged.

4. Claimant Price & Sons alleges that the vessel in question has a value in excess of that claimed by the Plaintiff and that the funds deposited by the Plaintiff are insufficient to pay the claims alleged

## CLAIM FOR DAMAGES

5. Claimant Price & Sons was notified by letter on June 12, 2018, by Stephen Willis' counsel, Leder & Hale, P.C. of the Verified Complaint for Exoneration of Limitation of Liability that was filed on June 4, 2018.

6. Claimant Price & Sons, by and through its attorney, Skeen & Kauffman, LLP., hereby makes a formal claim against the Plaintiff, Stephen Willis, and respectfully states as follows:

## STATEMENT OF FACTS COMMON TO ALL COUNTS

7. Price & Sons is a Maryland corporation with its principle place of business at 4 Water Street, Charlestown, MD 21914.

8. Price & Sons operates Charlestown Marina located at 4 Water Street, Charlestown, MD and rents slips to third party vessel owners. At the time of this occurrence Price & Sons rented slip no. 21 to the plaintiff, Stephen Willis for the mooring of his 1987 Chris Craft Catalina 381.

9. This claim involves a fire that originated on the vessel, operated and controlled by the Plaintiff, Stephen Willis, while moored in slip 21, being used by the Plaintiff as a live aboard vessel.

10. On or about December 11, 2017 at approximately 3:30 pm, a fire occurred on Plaintiff's vessel and quickly spread to two other vessels, docks, pilings and the roof structure of the marina

11. At the time of the fire plaintiff's vessel had on board numerous portable space heaters which were energized with no person on board the vessel.

12. The Plaintiff's vessel was otherwise in a condition which caused and contributed to the origination of the fire which damaged the marina and two other vessels.

13. The Claimant, Price & Sons, has suffered damages as a result of the Plaintiffs negligence and/or inaction.

14. As a result of the fire, Price & Sons was caused to sustain damage to its marina including the roof structures, pilings, piers and finger docks and electrical equipment and wiring. Price & Sons also incurred towing costs, employee expenses to assist in repair and replacement of damaged portions of the marina and lost profits

## COUNT I-NEGLIGENCE

15. Price & Sons hereby restates and incorporates paragraphs one through fourteen as though repeated verbatim, and further states:

16. As a result of the fire, Price & Sons was caused to sustain damage to its marina including the roof structures, pilings, piers and finger docks and electrical equipment and wiring. Price & Sons also incurred towing costs, employee expenses to assist in repair and replacement of damaged portions of the marina and lost profits

17. All of Price & Sons damages, losses, and injuries are a direct result of the breach of duty owed by the Plaintiff to Price & Sons, and as a result of the negligence of the Plaintiff. Specifically, the Plaintiff was negligent in failing to maintain his vessel in a

safe condition employing numerous portable space heaters which were in operation at the time of the fire when the vessel was unoccupied and was otherwise engaged in operating, managing, and controlling the subject vessel in a careless, dangerous, and negligent manner under the circumstances then and there existing. Plaintiff, as owner of the vessel had privity and knowledge of the negligent condition of the vessel which contributed to Price & Sons damages.

18. Price & Sons did not contribute to its injuries.

19. Price & Sons did not assume the risk of its injuries.

## DEMAND FOR JURY TRIAL

Claimant, Price & Sons, demands a trial by jury on all issues so triable.

**WHEREFORE**, Claimant Price & Sons, LLC makes a formal claim against the Plaintiff, Stephen Willis, and demands One Hundred and Twenty-Five Thousand Dollars ($125,000.00) in damages.

**SKEEN & KAUFFMAN LLP**

By: /s/ James D. Skeen
James D. Skeen (Trial Bar No.: 00010)
Terry L. Goddard Jr. (Trial Bar No.: 15460)
Skeen & Kauffman LLP
911 North Charles Street
Baltimore, MD 21201
Phone: (410) 625-2252
Fax:    (410) 625-2272
jskeen@skaufflaw.com
tgoddard@skaufflaw.com

Attorneys for Claimant Price & Sons, LLC

**CERTIFICATE OF SERVICE**

    I the undersigned to hereby affirm that on this _____ day of July, 2018, I have uploaded the foregoing to the Court's ECF/CM filing system and that system has sent copies of this filing to all those parties currently entered in this case.

                                          /s/ Terry L. Goddard Jr.
                                          Terry L. Goddard Jr.