IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Civil Division

| | |
|---|---|
| IN THE MATTER OF THE | : Civil Action No.: 1:18-CV-011606-JKB |
| COMPLAINT OF STEPHEN WILLIS | : |
| AS OWNER OF A | : |
| 1987 CHRIS CRAFT CATALINA 381 | : |
| (HULL I.D. CCNEJ381K687) | : |
| FOR EXONERATION FROM OR | : |
| LIMIATION OF LIABILITY | : |
| Petitioners | : |
| | : |
| | : |
| | : |

## ANSWER TO PETITION OF STEPHEN WILLIS *et ux.*

COMES NOW, GEICO MARINE IINSURANCE COMPANY, a Maryland
Corporation, to the use of and as subrogee of the following: MARY BUCKWALTER, AND
MARK STEVENSON, by and through their attorneys, Christopher D. Buck, Esquire and the
law firm of HYATT & WEBER, P.A., files this Answer to Petition of Stephen Willis, *et ux.*
and responds as follows:

**Responding to Allegations in the Petition**

1.  Respondents admit the allegations in paragraphs 1, 2, and 4. Respondents admit
    the allegations in paragraph 10 as to only those allegations concerning Terry
    Buckwalter, and Mark Stevenson

2.  Respondents deny the allegations in paragraphs 3, 11, 12, 17, 18, and 19, and 20
    (to the extent 19 and 20 contain allegations as opposed to seeking relief), and
    those portions of paragraph 10 not admitted above.

3.  Respondents admit the Petitioners seek to claim the rights and privileges under Title 46 U.S. Code §30501 as pled in paragraph 19, however, deny that they are entitled to same.

4.  Respondents lack knowledge or information sufficient to form a belief about the truth of the allegations in paragraphs 5, 6, 7, 8, 9, 13, 14, 15, and 16.

## Affirmative Defenses

5.  The Petition fails to state a claim upon which relief can be granted.

6.  Petitioner's claims are barred by Statute of Limitation.

7.  Petitioner's claims are barred by the Doctrine of Laches.

8.  Petitioner's claims are barred by Waiver.

9.  The Petitioner's claim is barred by limitations as set forth in the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture cases, specifically Rule F(1) as Petitioners have filed their action beyond the six (6) month limitation period as contained in Rule F(1).

10. Petitioners failed to file their action within six (6) months of notice of claim pursuant to Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture actions, specifically Rule F(1).

WHEREFORE, GEICO MARINE INSURANCE COMPANY. to the use of and as subrogee of MARY BUCKWALTER, AND MARK STEVENSON respectfully request that this Honorable Court dismiss with prejudice Petitioner, Stephen Willis as owner of "a 1987 Chris Craft Catalina 381" Verified Petition for Exoneration from or Limitation of Liability.

Respectfully submitted,

HYATT & WEBER, P.A.

By: _____
Christopher D. Buck, Bar No. 124411
200 Westgate Circle, Suite 500
Annapolis, Maryland  21401
(410) 266-0626 Telephone
(410) 841-5065 Facsimile
cbuck@hwlaw.com
*Attorneys for Respondents*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of, August 2018, a copy of the foregoing Answer to Petition of Stephen Willis, *et ux*. was mailed, First Class, U.S. postage prepaid to:

Steven E. Leder, Esquire
Julie F. Maloney, Esquire
Leder & Hale PC
401 Washington Avenue
Suite 600
Baltimore, Maryland  21204

_____
Christopher D. Buck

{Hyatt Files/G11187/0002/00723727-}