### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### Civil Division

| | |
|---|---|
| **IN THE MATTER OF THE** | : Civil Action No.: 1:18-CV-011606-JKB |
| **COMPLAINT OF STEPHEN WILLIS** | : |
| **AS OWNER OF A** | : |
| **1987 CHRIS CRAFT CATALINA 381** | : |
| **(HULL I.D. CCNEJ381K687)** | : |
| **FOR EXONERATION FROM OR** | : |
| **LIMIATION OF LIABILITY** | : |
| **Petitioners** | : |
| | : |
| | : |

## CLAIMS OF RESPONDENT'S GEICO MARINE INSURANCE COMPANY

COMES NOW, GEICO MARINE IINSURANCE COMPANY, a Maryland Corporation,

to the use of and as subrogee of the following: MARY BUCKWALTER, AND MARK

STEVENSON, by and through their attorneys, Christopher D. Buck, Esquire and the law firm of

HYATT & WEBER, P.A., and pursuant to Federal Rules and Civil Procedure Supplemental

Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, specifically Rule F(5) and

states as follows:

### BUCKWALTER VESSEL

1.  GEICO Marine Insurance Company (hereinafter "GEICO") insured the below referenced

    vessel owned by Terry Buckwalter (Deceased) and his surviving spouse  Mary

    Buckwalter (see **Exhibit A** attached and incorporated hereto the insureds Declaration

    Page and Abstract of Title evidencing Ownership as Tenants by Entirety).

2.  GEICO through its authorized claims agent "BOAT US," received a report of the marina

    fire on December 11, 2017, which source was the Petitioners vessel and which damaged

its insured's vessel (a 1977 46' Pacemaker Cruiser, HIN PAC46106M773 [The "Buckwalter vessel"] see **Exhibit B** attached and incorporated hereto). BOAT US dispatched marine surveyors MJ McCook and Associates (hereinafter "McCook") to investigate the claim. McCook immediately investigated the vessel directly after the fire and memorialized his finding in reports dated December 14, 2017, ("First Report"), and dated December 18, 2017, ("Second Report") (see **Exhibit C** attached hereto) describing the extent of the damages and that the insured vessel was a "total loss" as contained in McCooks "Damage Appraisal" (see **Exhibit D** attached hereto). In exchange for payment for the loss Mary Buckwalter, surviving spouse of Insured Terry Buckwalter completed a Sworn Statement in Proof of Boat Loss subrogating all rights to BOAT US the claims agent for GEICO (see **Exhibit E** attached and incorporated hereto). As the vessel was rendered a total loss Geico Marine Insurance Company was obligated to incur and did pay the following:

a. MJ McCook and Associates surveyor fee totaling $843.66;

b. Mary Buckwalter, surviving spouse of Terry Buckwalkter constructive total loss of vessel $115,000.00;

c. Baltimore Marine Recovery, towing and removal from the Marina of $1,190.00;

All of the above payments are referenced in the supporting documents which are attached and incorporated hereto as **Exhibit F**. GEICO thus claims a total of $117,033.64 for losses sustained from the fire on the Petitioner's vessel, in regards to the Buckwalter vessel.

## STEVENSON VESSEL

3. GEICO also insured a second vessel at the same marina owned by Mark Stevenson (a 1983 38' Gulfstar HIN GFS38C12M83C ["Stevenson vessel"] see **Exhibit G** attached and incorporated hereto). Surveyors MJ McCook and Associates investigated the claim, and reported their findings that the vessel was a total loss. See ("First Report" and Second/Final Report" **Exhibit H** attached and incorporated hereto). McCook submitted to BOAT US a Damage Appraisal estimating repairs in excess of the insured value of the vessel (see **Exhibit I** attached and incorporated hereto) in exchange for payment for his loss, Mark Stevenson provided to BOAT US Statement in Proof of Boat Loss subrogating all rights to BOAT US claims agent for GEICO (**Exhibit J** attached and incorporated hereto). As the vessel was rendered a total loss GEICO was obligated to incur and did pay the following:

   a. MJ McCook and Associates $818.64;

   b. Mark Stevenson for constructive total loss of vessel $35,000.00;

   c. Baltimore Marine Recovery, towing and removal from the Marina $1,105.00;

All of the above supporting payments are referenced in documents attached and incorporated hereto as **Exhibit K**. GEICO claims a total of $36,923.64 for losses sustained from the fire on the Petitioner's vessel, to the Stevenson vessel.

  WHEREFORE, GEICO, a Maryland Corporation, to the use of and subrogee of MARY BUCKWALTER, AND MARK STEVENSON judgment against Petitioners for all claims as evidenced and contained herein.

Respectfully submitted,

HYATT & WEBER, P.A.

By: _____

Christopher D. Buck, Bar No. 124411
200 Westgate Circle, Suite 500
Annapolis, Maryland  21401
(410) 266-0626 Telephone
(410) 841-5065 Facsimile
cbuck@hwlaw.com
*Attorneys for Respondents*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of, August 2018, a copy of the foregoing CLAIMS OF RESPONDENT'S GEICO MARINE INSURANCE COMPANY was mailed, First Class, U.S. postage prepaid to:

Steven E. Leder, Esquire
Julie F. Maloney, Esquire
Leder & Hale PC
401 Washington Avenue
Suite 600
Baltimore, Maryland  21204

_____
Christopher D. Buck

{Hyatt Files/G11187/0002/00723607-}